USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DOINA PATRASCU, INDIVIDUALLY AND ON
BEHALF OF ALL OTHER SIMILARLY SITUATED
PERSONS,

                       Plaintiff,

       -against-

FREDERIC FEKKAI NEW YORK LLC,

                       Defendant.
------------------------------------------------------------- X

19-CV-1376 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS the conference scheduled for March 27, 2020, is no longer convenient to the Court's schedule;

IT IS HEREBY ORDERED that the conference is adjourned to **April 3, 2020, at 10:00 a.m.**

**SO ORDERED.**

**Date: March 2, 2020**
**New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**