

Sara J. Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main: 212.392.4772
Direct: 212.738.9358
Fax: 212.444.1030
sara@lipskylowe.com

www.lipskylowe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/17/2020

**MEMO ENDORSED**

June 15, 2020

VIA ECF
The Honorable Valerie E. Caproni, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Patrascu, et al. v. Frederic Fekkai New York LLC, 1:19-cv-01376-VEC

Dear Judge Caproni:

This firm represents Plaintiffs Doina Patrascu and Mariana Babes in this Fair Labor Standards Act matter. We submit, under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), revised settlement agreements, for the Court's consideration and approval.

On May 12, 2020, Plaintiffs submitted their original settlement agreements for the Court's consideration and approval. (Dkt. No. 34). On May 19, Your Honor indicated that the Court could not approve the original agreements as fair and reasonable, but that it would be prepared to approve them if the parties (1) removed the general release contained in paragraph 5 of the agreements, (2) included a carve-out for discussing this action for the non-disparagement clause contained in paragraph 10 of the agreements, and (3) removed the language contained in paragraph 8 of the agreements which provided that Defendant "paid [the plaintiff] correctly in accordance with all applicable wage and hour laws."

The parties have revised the agreements to comply with the Court's May 19 directives. They, therefore, respectfully submit that the Court should approve the revised agreements as fair and reasonable.



We thank the Court for its time and attention to this matter.

                    Respectfully submitted,
                    LIPSKY LOWE LLP

                    s/ Sara J. Isaacson
                    Sara J. Isaacson

Enclosures

cc:    Lisa Skruck, Esq. (via Email)

The revised settlement agreements are approved.  The clerk of court is respectfully directed to close this case.

SO ORDERED.

*[signature]* 6/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE